## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| DANIEL TEPOEL, | Civil No. 15-2332 (JRT/HB) |
| Petitioner, | |
| v. | **ORDER ON REPORT** |
| CHARLES E. SAMUELS, JR., | **AND RECOMMENDATION** |
| Respondent. | |

Daniel TePoel, 06413-090, Federal Prison Camp – Duluth, P.O. Box 1000 Duluth, MN 55814, *pro se* petitioner.

Ana H. Voss, D. Gerald Wilhelm, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 7, 2015
at Minneapolis, Minnesota            s/John R. Tunheim
                                     JOHN R. TUNHEIM
                                     Chief Judge
                                     United States District Court